No. 4229.—PEÑA RAMOS, apdo., *v.* BARBUQUET, aplte.—C. D. San Juan. Cobro de dinero. Abril 25, 1927.

POR CUANTO la parte apelada presentó una moción jurada solicitando la desestimación del recurso, notificada a la parte contraria y basada en que el escrito de apelación es nulo y la transcripción no se ha archivado dentro del término de la ley, la vista de la cual se celebró el 18 de abril actual sin asistencia de las partes, y,

POR CUANTO si bien es dudosa la cuestión de nulidad suscitada, es completamente claro que el apelante ha dejado de perfeccionar su recurso dentro de los términos de ley, ya que la última prórroga que se le concediera para presentar la transcripción taquigráfica venció antes de archivarse la moción de desestimación sin que dicha transcripción fuera archivada, y ha vencido también con exceso el término para radicar el legajo de la sentencia en este tribunal sin que se haya radicado:

POR TANTO, se declara la moción con lugar y se desestima el recurso. *Desestimada.*

No. 3146.—PUEBLO, apdo., *v.* MERCADO, aplte.—C. D. Mayagüez. Acometimiento y agresión grave. Abril 28, 1927. Revocada la sentencia apelada porque la prueba en su conjunto resultó insuficiente para sostenerla.